**Frank A. CARTER, Jr., Chief Disciplinary Counsel**

v.

**Thomas FARRELLY.**

No. 81–369–M.P.

Supreme Court of Rhode Island.

July 17, 1981.

Frank A. Carter, Jr., pro se.

ORDER

On June 26, 1981 we issued an order in the above proceeding reprimanding the respondent, Thomas F. Farrelly, for his failure to file a response to a complaint filed with this Court's Disciplinary Board in April, 1981. The order contained an admonition informing the respondent that his failure to file the response would result in an order being entered, without any further notice, indefinitely suspending him from the practice of law. On July 16, 1981, the Board's counsel informed this Court that the respondent had not filed the required response.

Accordingly, it is ordered that the respondent, Thomas F. Farrelly, be and he is hereby suspended from engaging in the practice of law in this State until further order of this Court.

MURRAY, J., did not participate.

**LUTZ ENGINEERING CO., INC.**

v.

**LOUIS CARPIONATO AND SON CO., et al.**

No. 80–176–A.

Supreme Court of Rhode Island.

Oct. 8, 1981.

Abedon & Visconti, Ltd., Girard R. Visconti, Thomas W. Heald, Providence, for plaintiff.

Selya & Iannuccillo Inc. Anthony G. Iannucillo, Marie C. Vaccarelli, Providence, for defendants.

ORDER

This case came before us on October 8, 1981, on the plaintiff's motion to affirm the judgment of the Superior Court pursuant to Rule 16(g). Upon consideration of the arguments presented, said motion to affirm is granted.

Accordingly, the plaintiff's motion to affirm the judgment below is hereby granted, and the defendant's appeal is denied and dismissed.

SHEA, J., did not participate.

■

**Julia A. ZOGLIO**

v.

**Kenneth R. ZOGLIO.**

No. 81–446–M.P.

Supreme Court of Rhode Island.

Oct. 9, 1981.

Richard A. Boren, Providence, for plaintiff-respondent.

William A. Gosz, Providence, for defendant-petitioner.

ORDER

The petition for writ of certiorari and the petitioner's motion for stay are denied.

BEVILACQUA, C.J., did not participate.